reasons the motion of the defendant to dismiss is denied. The judgment of the circuit court is reversed and remanded with instructions to enter an award for planitiff's attorneys' fees in the sum of $8190.

Judgment reversed and remanded with directions.

GOLDBERG and HALLETT, JJ., concur.

ALBERT VOSICKY et al., Plaintiffs-Appellants, v. JAMES DELUGACH et al., Defendants-Appellees.

(No. 57063;

First District (1st Division)—August 6, 1973.

Opinion by Mr. JUSTICE HALLETT.

Nicholas T. Kitsos, of Chicago, for appellants.

David R. Gray, of Chicago, for appellees.